No. 79–772. CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION *v.* SUPERIOR COURT OF LOS ANGELES COUNTY (INSTITUTE OF GOVERNMENTAL ADVOCATES, REAL PARTY IN INTEREST). Sup. Ct. Cal. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari. ■

No. 79–5704. CLARK *v.* VIRGINIA. Sup. Ct. Va.; and

No. 79–5722. CARRIGER *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. Reported below: No. 79–5704, 219 Va. 237, 257 S. E. 2d 784; No. 79–5722, 123 Ariz. 335, 599 P. 2d 788.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–5937. YBARRA *v.* ILLINOIS, *ante,* p. 85;

No. 79–534. PARRISH *v.* KENTUCKY, *ante,* p. 966;

No. 79–611. VASILIOS *v.* UNITED STATES, *ante,* p. 967;

No. 79–5255. AMADEO *v.* GEORGIA, *ante,* p. 974; and

No. 79–5418. WALDROP *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 993. Petitions for rehearing denied.

No. 79–245. UNITED METHODIST CHURCH ET AL. *v.* BARR ET AL., *ante,* p. 973. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 79–5355. MAHLER *v.* WEISS, *ante,* p. 944. Motion for leave to file petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.